# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

The Mackinac Center

v.

Jocelyn Benson, et al.

Case No. 1:26-cv-3154

Hon. Paul L. Maloney

TO: Jocelyn Benson, Michigan Secretary of State

ADDRESS:
430 W. Allegan St.
Richard H. Austin Building - 4th Floor
Lansing, MI 48918

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Brett R. Nolan
Institute for Free Speech
1150 Connecticut Ave. NW, Suite 801
Washington, DC 20036

CLERK OF COURT

By: Deputy Clerk — Date: 11/04/2026

---

## PROOF OF SERVICE

This summons for Jocelyn Benson, Michigan Secretary of State (name of individual and title, if any) was received by me on ______________ (date).

☐ I personally served the summons on the individual at ______________ (place where served) on ______________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______________ (name), a person of suitable age and discretion who resides there, on ______________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______________ (name of individual), who is designated by law to accept service of process on behalf of ______________ (name of organization) on ______________ (date).

☐ I returned the summons unexecuted because ______________.

☐ Other *(specify)* ______________.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under the penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

Additional information regarding attempted service, etc.:

______________
*Server's printed name and title*

______________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

The Mackinac Center

v.

Jocelyn Benson, et al.

Case No. 1:26-cv-3154
Hon. Paul L. Maloney

TO: Dana Nessel, Michigan Attorney General
ADDRESS:
Department of Law
525 W. Ottawa St.
Lansing, MI 48906

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brett R. Nolan
Institute for Free Speech
1150 Connecticut Ave. NW, Suite 801
Washington, DC 20036

CLERK OF COURT

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN

By: Deputy Clerk — Date: 11/04/2026

## PROOF OF SERVICE

This summons for Dana Nessel, Michigan Attorney General (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

Additional information regarding attempted service, etc.:

____________
*Server's printed name and title*

____________
*Server's address*