# EXHIBIT B

Order Granting Motion to Intervene

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE MACKINAC CENTER,

Plaintiff,

v.

JOCELYN BENSON, in her official capacity as Michigan Secretary of State, and DANA NESSEL, in her official capacity as Michigan Attorney General,

Defendants,

and

MICHIGANDERS FOR MONEY OUT OF POLITICS BALLOT COMMITTEE, CLEAN WATER ACTION, VOTERS NOT POLITICIANS, and JOANNA WHALEY,

Proposed Intervenor-Defendants.
_______________________________________/

Case No. 1:26-cv-03154-PLM-MV

Hon. Paul L. Maloney

Magistrate Judge Maarten Vermaat

**ORDER GRANTING MOTION TO INTERVENE**

Michiganders for Money Out of Politics Ballot Committee, Clean Water Action, Voters Not Politicians, and Joanna Whaley have filed a Motion to Intervene as defendants in this action, and it appears to the Court that they may properly intervene.

NOW, THEREFORE, **IT IS HEREBY ORDERED** that the Motion to Intervene is **GRANTED**, and Michiganders for Money Out of Politics Ballot Committee, Clean Water Action, Voters Not Politicians, and Joanna Whaley may intervene as defendants in this action.

**IT IS SO ORDERED.**

Dated: ______________________

_______________________________________
Paul L. Maloney
United States District Judge