UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE MACKINAC CENTER,<br>Plaintiff, | ) | |
| -v- | ) | No. 1:26-cv-3154<br>Honorable Paul L. Maloney |
| JOCELYN BENSON, in her official capacity as Michigan Secretary of State, *et al.*,<br>Defendants. | ) | |

**ORDER REGARDING RESPONSE TO MOTION**

Pending before the court is Proposed Intervenor-Defendants' Motion to Intervene. ECF No. 5. Plaintiff must file its response by noon on Friday, November 20, 2026.

Dated: November 10, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge