UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF REASSIGNMENT
OF CASE NO. 1:26-cv-3168
_________________________________/

Administrative Order No. 26-CA-099

WHEREAS, Magistrate Judge Maarten Vermaat has determined that Case No. 1:26-cv-3168, *CMS Energy Corp., et al. v. Brater, et al.*, assigned to the Honorable Robert J. Jonker, is cognate to Case No. 1:26-cv-3154, *The Mackinac Center v. Jocelyn Benson et al.*, assigned to the Honorable Paul L. Maloney, and both Article III Judges have consented to its reassignment,

**IT IS HEREBY ORDERED** that, in the interests of judicial economy and to conserve judicial resources, Case No. 1:26-cv-3168 is **REASSIGNED** to the Honorable Paul L. Maloney, pursuant to W.D. Mich. LCivR 3.3.2(c)(i). Cognate cases are "pending civil actions involving the same or similar questions of fact or law such that their assignment to a single judge is likely to effect a substantial saving of judicial effort and to avoid wasteful and duplicative proceedings for the court and the parties." *Id*. The Mackinac Center Case and the CMS Energy Case both involve constitutional challenges to the same ballot proposal.

**IT IS FURTHER ORDERED** that Magistrate Judge Maarten Vermaat shall be the assigned magistrate judge in this case.

**IT IS FURTHER ORDERED** that another case shall be assigned to the Honorable Robert J. Jonker, according to the approved procedure.

A copy of this Administrative Order shall be filed in the case referenced herein.

FOR THE COURT:

Dated: November 12, 2026

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE